**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

UNITED STATES OF AMERICA

                                   Plaintiff,

v.                                                      Case No.: 1:20−cr−00286
                                                           Honorable Sara L. Ellis

Grant Daniel, et al.

                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 28, 2022:

      MINUTE entry before the Honorable Sara L. Ellis:as to Grant Daniel, Telephone conference held on 6/28/2022. The Court grants oral motion by defense counsel for competency evaluation and hearing. Parties to submit an agreed order for competency evaluation to Judge Ellis' proposed order email inbox. Telephone Conference set for 8/30/2022 at 10:00 AM. Without objection, time is excluded from 6/28/2022 through and including 8/30/2022, in the interest of justice, and for competency examination pursuant to 18 U.S.C. §3161(h)(1)(A). Members of the public and media will be able to call in to listen to this hearing. The call−in number is (866) 434−5269 and the access code is 8087837. Counsel of record will receive an email with instructions to join the call. Throughout the telephonic hearing, each speaker will be expected to identify themselves for the record before speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.